# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-3864

_____

Filed: July 06, 2018

ANDREW CHARLES MARTIN

    Petitioner - Appellant

v.                                                                      1:12cr574 - CAB

UNITED STATES OF AMERICA

    Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 05/14/2018 the mandate for this case hereby issues today. Reverse and Remanded

COSTS: None