IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:12 CR-00574 |
| | : | |
| Plaintiff | : | JUDGE CHRISTOPHER BOYKO |
| | : | |
| | : | |
| vs | : | |
| | : | |
| ANDREW CHARLES MARTIN | : | MOTION TO EXPAND THE RECORD |
| | : | |
| Defendant | : | |

Now comes the defendant, Andrew Martin by and through his attorney, THOMAS E. SHAUGHNESSY, and pursuant to Rule 7 of The Rules Governing Section 2255 in The United States District Court moves to expand the record in the above captioned matter.  Counsel will provide any and all materials to The United States Attorney.

 

Respectfully submitted,

/THOMAS E. SHAUGHNESSY

_____

THOMAS E. SHAUGHNESSY

SC0047201

11510 Buckeye Road

Cleveland, Ohio 44104

(216) 721-7700

SERVICE

A copy of the foregoing Motion was served on Plaintiff by delivering a copy thereof to the United States Attorney for the Northern District of Ohio 801 Superior Avenue West Cleveland, Ohio 44113-2600 this ____ day of October, 2018.

/THOMAS E. SHAUGHNESSY

_____

THOMAS E. SHAUGHNESSY